PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WA BAR #32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
FRANCO L. BECIA, WA BAR #26823
Special Assistant United States Attorney
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-2114
Fax: (206) 615-2531
Email: Franco.L.Becia@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# (FRESNO)

| | |
|---|---|
| STEVEN MICHAEL SOSSAMON,<br><br>  Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 1:23-cv-01187-SKO<br><br>**STIPULATION AND UNOPPOSED MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND FOR ENTRY OF JUDGMENT; ORDER**<br><br>(Doc. 11) |

  IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

  Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) to take any necessary action to complete the administrative record, offer Plaintiff a new hearing, and issue a new decision. The parties further request that the Court direct the

Stip. for Remand, Order and Judgment; 1:23-cv-01187-SKO

1

Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

                                                                 Respectfully submitted,

Dated: October 5, 2023              /s/ *Jonathan Omar Pena\**
                                                  (*as authorized via e-mail)
                                                  Jonathan Omar Pena
                                                  Attorney for Plaintiff

Dated: October 5, 2023              PHILLIP A. TALBERT
                                                  United States Attorney
                                                  MATHEW W. PILE
                                                  Associate General Counsel
                                                  Social Security Administration

                                 By:    /s/ *Franco L. Becia*
                                                  Franco L. Becia
                                                  Special Assistant U.S. Attorney
                                                  Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation and Unopposed Motion to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 11), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and thereafter close this case.

IT IS SO ORDERED.

Dated:  **October 10, 2023**                        /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

Stip. for Remand, Order and Judgment; 1:23-cv-01187-SKO